# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2019 KW 1651

VERSUS

LIONEL RICHARDSON
                                                        MAY 1 2 2020

---

In Re:    Lionel Richardson, applying for supervisory writs,
          21st Judicial District Court, Parish of Tangipahoa,
          No. 703295.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                              **PMc**
                              **JEW**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT